UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBBIE SINYAN, | ) |
| | ) |
| Plaintiff, | ) Case No. C10-1432-RSM |
| v. | ) |
| | ) **ORDER DISMISSING § 1983** |
| SWEDISH HOSPITAL MEDICAL CENTER, | ) **ACTION** |
| et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff proceeds in forma pauperis in this action brought under 42 U.S.C. § 1983 alleging disability discrimination by Swedish Hospital Medical Center in terminating her employment. She also has named defendant Christie Williams, her union representative, alleging violation of her 14th Amendment due process right under her union contract. Summons was issued to plaintiff for service as to the defendants on October 25, 2010. On October 27, 2010, United State Magistrate Judge Brian A. Tsuchida determined that Plaintiff's initial complaint failed to state a claim upon which relief could be granted and issued a Report and Recommendation ("R&R") in which he recommended that Plaintiff's complaint be dismissed without prejudice. Dkt. #13. Proof of service of summons on the Defendants was filed with the Court on November 1, 2010. Dkt. #s 15, 16.

Following the issuance of the R&R, Plaintiff filed two affidavits (Dkt. #s 17, 19), a Request

ORDER DISMISSING § 1983 ACTION- 1

for Ruling (Dkt. #18), and Objections to the R&R (Dkt. #26). None of the documents filed by Plaintiff address or cure the deficiencies identified by Judge Tsuchida in the R&R. Plaintiff contends that, because summons has been issued, the Court can no longer dismiss Plaintiff's claim. *See* Dkt. #26. Plaintiff is mistaken. A Court may dismiss a case filed by a plaintiff proceeding in forma pauperis at any time if the court determines that the action fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Accordingly, the Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, except as to the portion of the R&R that references dismissal prior to service, as service has already been rendered.

(2) The complaint and this § 1983 action are **DISMISSED** without prejudice for failure to state a claim on which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 29 day of November 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION- 2